No. 96–1749. MARTIN ET VIR v. TELECTRONICS PACING SYSTEMS, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–26. EDDY ET VIR v. POLYMER TECHNOLOGY CORP. ET AL. Super. Ct. Pa. Certiorari denied.

No. 97–343. BURT, WARDEN v. RASHAD. C. A. 6th Cir. Certiorari denied.

No. 97–365. BRANDT v. SHOP 'N SAVE WAREHOUSE FOODS, INC. C. A. 8th Cir. Certiorari denied.

No. 97–382. SABLAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–404. FISHER v. VASSAR COLLEGE. C. A. 2d Cir. Certiorari denied.

No. 97–451. FIRST VIRGINIA BANK v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–499. FELTMANN v. SIEBEN, INC., DBA PLAZA MOTORS. C. A. 8th Cir. Certiorari denied.

No. 97–505. EARLES ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–583. AMERTEX ENTERPRISES, LTD. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 97–602. BANKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–638. CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON ET AL. v. TRANSIT CASUALTY COMPANY IN RECEIVERSHIP. C. A. 8th Cir. Certiorari denied.

No. 97–651. SEWELL v. TOWN OF LAKE HAMILTON. C. A. 11th Cir. Certiorari denied.

No. 97–652. MARKS ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.